| To: | The Honorable Frank D. Whitney |
| --- | --- |
| | U.S. District Court Judge |
| From: | Corey Campbell |
| | Sr. USPO |
| Subject: | **Benjamin Jeffrey Jones** |
| | Case Number: 3:09CR22-001 |
| | **REQUEST TO DESTROY SEIZED PROPERTY** |
| Date: | 9/1/2021 |



NORTH CAROLINA WESTERN
MEMORANDUM

On February 5, 2021, a Samsung Galaxy A20 cell phone was seized during a warrantless search operation of Benjamin Jeffrey Jones. This search occurred in response to information obtained by the probation officer alleging that Mr. Jones was involved in the distribution of illegal drugs. Evidence obtained during this search confirmed this information and ultimately resulted in a revocation of supervision.

Multiple attempts have been made to return this seized cell phone to Mr. Jones. Specifically, the probation officer spoke to him by telephone where Mr. Jones requested that the phone be given to his girlfriend, Jacoa Stringfellow. Ms. Stringfellow failed to pick up this cell phone at a mutually agreed upon time and then failed to respond to the probation officer's subsequent repeated attempts to contact her.

Based on this information, our office is respectfully requesting that Your Honor order the destruction of this cell phone as it is considered abandoned property.

Thank you for your time and attention to this matter. Please do not hesitate to contact me at 704-350-7675, should you have any questions.

THE COURT ORDERS:

☒ Destroy Seized Property as Requested
☐ Do Not Destroy Seized Property
☐ Return Seized Property to the Defendant

Signed: September 1, 2021

*Frank D. Whitney*
Frank D. Whitney
United States District Judge